# United States Marshals Service Return

RECEIVED & FILED
06 MAR -3 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Case No.: Civil 91-1797(GG)

I, Pedro A. Velez Baerga , a duly sworn and authorized Deputy U.S. Marshal, do hereby certify and state, that I offered for sale in Public Auction, the property described in the Order/Notice of Sale or Writ of execution attached hereto and made part of this return as ordered by the United States District Court.

Also, that said Notice of Sale was published as required and is supported by the accompanying Affidavit of Publication. Further, that the sale began at the hour of 10:30 am on the 13rd day of January, 2006, at the U.S. Marshals Office, Federal Office Building, Hato Rey, P.R.; when I offered for sale said property in Public Auction and that I received from Mr. Aguedo de la Torre Alma , in representation of Plaintiff PRAMCO, LLC, an offer in the amount of $35,000.00. Such amount was offered by the plaintiff and the payment in the manner established in the Writ of Execution and that being the highest bid received, the sale was awarded to plaintiff.

Marshal's fees, indicated below, will be deducted from the case deposit on hand or the proceeds of the sale, whichever is deemed appropriate, after confirmed by the Court.

**U.S. MARSHAL'S FEES**

| | |
|---|---|
| Highest Bid | $35,000.00 |
| 3% OF 1ST $1,000.00 | $30.00 |
| 1 ½ % of remaining balance | $510.00 |
| Execution of sale fee (1 hours X $45.00) | $45.00 |
| Total Mileage (including endeavors)@ $0.445 | $0.00 |
| Tolls (including endeavors) | $0.00 |
| Other Expenses | $20.00 |
| Total | $605.00 |

This at San Juan, Puerto Rico on January 13, 2006

HERMAN J WIRSHING
United States Marshal

By: ____________
Deputy U.S. Marshal

# UNITED STATES MARSHALS SERVICE

*JUDICIAL DISTRICT OF PUERTO RICO*

## JUDICIAL SALE - AUCTION RECORD

Case Title: PRAMCO, LLC...-VS-. Cecilio Gomez-Benitez
Number: Civil: 91-1797 (GG)
Date: January 13, 2006
Time: 10:30 (AM) (PM)
At: USMS Office, Hato Rey, PR
Sale: (1st) (2ND) (3RD)
Notice of sale: ( ) Read (✓) Reading waived
Page 1of 1

**RECORD OF ATTENDANCE**

| | Name (Printed) | Signature | Telephone | Address |
|---|---|---|---|---|
| 1) | FRANCISCO FERNANDEZ | [signature] | 722-3040 | PO Box 9749, S.J. PR 00908 |
| 2) | Aguedo De La Torre | [signature] | 784-4956 | P.O. Box 50380, Toa Baja 00950 |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |
| 6) | | | | |
| 7) | | | | |
| 8) | | | | |
| 9) | | | | |
| 10) | | | | |

**Record of Bidding**

**Minimum Bid: $ 35,000.00**

(2) $35,000.00
( ) $
( ) $
( ) $
( ) $

Highest Bid Received: $35,000.00 By: Aguedo de la Torre Alma, Rep. Pramco, LLC

## Marshal's Expenses

| | | |
|---|---|---|
| Service Fee | $45@hourly | $ 45.00 |
| Mileage | | $ -0- |
| Tolls | | $ -0- |
| Other | Parking, etc. | $ -0- |
| Total | | $ 45.00 |

By: [signature]
Deputy U.S. Marshal

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| PRAMCO, LLC, on behalf of CFSC CONSORTIUM, LLC. Plaintiff | * | CIVIL NO. 91-1797 (GG) |
| v. | * | COLLECTION OF MONEY AND FORECLOSURE OF MORTGAGE |
| CECILIO GOMEZ BENITEZ, ET ALS, Defendants | * | |

************************************

## SWORN STATEMENT

I, Diana M. Lopez, married, paralegal and neighbor of Toa Baja, Puerto Rico, under oath declare:

1) That on November 9, 2005 I posted the Notice of Sale, in the following public places:

a) San Juan Federal Court, witness Andres Lebron, Deputy Clerk

b) Internal Revenue Office of Rio Piedras, witness Matilde Henriquez, Security Guard

c) San Juan city Hall, witness Minin Perez, Administrative Official I of Mail Room

2) That on November 10, 2005 I notified the "Banco de la Vivienda" thru Lcda. Carol Cabañas, Legal Division.

3) That on November 15, 2005 I posted the Notice of Sale in the Internal Revenue Office of Caguas, witness Edgar Aponte, Secutity Guard.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing information contained is true and correct.

In San Juan, Puerto Rico, this 12 day of January, 2006.

Diana M. Lopez

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE SAN JUAN.

**DORAL FINANCIAL CORP., H/N/C/ HF MORTGAGE BANKERS**

Demandante Vs.

**EVELYN RUIZ BERNARD, SU ESPOSO EDWIN VEGA AYALA Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS**

Demandado

CIVIL NUM.: KCD04-1830, (905). SOBRE: COBRO DE DINERO. EDICTO ANUNCIANDO SUBASTA. El Alguacil que suscribe, funcionario de Tribunal de San Juan de Puerto Rico, por la presente anuncia y hace saber al público en general que en cumplimiento con la Sentencia dictada en este caso con fecha 28 de febrero de 2005, y según Orden y Mandamiento del 11 de octubre de 2005 librado por este honorable Tribunal, procederá a vender en pública subasta al mejor postor, y por dinero en efectivo, o cheque certificado con todo título derecho y/o interés de la parte demandada sobre la propiedad que se describe a continuación: URBANA: PROPIEDAD HORIZONTAL: Edificio II, CONDOMINIO QUINTANA. Apartment No 1304, An apartment of irregular of irregular shape with an area of 54037 square meters, equivalent to 55.20 square meters, with boundaries on the North, in 3' 9", with the stairways hall, though which it has exit and enter access and 16' 7", with 2 external wall which faces one of the parking areas and which it self bounds on the North, with street "A" of this project; on the South, in 20' 4", with external all which faces the interior square common to building 1 and 2; on the East, 25' 10", with a common dividing wall which separates it from apartment No. 3005; and on the West, in 22' 6", with a common dividing wall which separates it from apartment No. 30.3 and 4' 4", with the stairway hall. This apartment consists of 2 bedrooms, living-dining room, kitchen and bathroom. Porcentaje: 0.26% en los elementos comunes generales. Finca: — No. 35071, inscrita al folio 21 del tomo 1248 de Río Piedras. Registro de la Propiedad, Sección Segunda de San Juan. Tracto Registral: Se separa del Condominio Quintana, inscrito al folio 69 del tomo 854 de Río Piedras Norte. Se anuncia por medio de este edicto que la primera subasta habrá de celebrarse el día 10 de enero de 2006, a las 11:00 de la mañana en mi oficina sita en el edificio que ocupa el Tribunal Superior de Puerto Rico, Sala de San Juan, Puerto Rico. Siendo ésta la primera subasta que se celebrará en este caso; será el precio mínimo aceptable como oferta en la Primera Subasta el tipo mínimo pactado en la Escritura de Hipoteca para la propiedad, o sea, la suma de $15,000.00. Con el importe de esta venta se habrá de satisfacer el balance de la sentencia dictada en este caso el cual consiste en el pago de $15,511.85 de principal, más intereses y cargos por demora convenidos al tipo de 9.50% anual hasta el saldo total de la deuda, más la suma de $1,500.00 para costas, gastos y honorarios de abogados. Se dispone que una vez celebrada la subasta y vendido el inmueble relacionado, los adjudicatarios serán puestos en posesión del inmueble dentro del término de veinte (20) días a partir de la subasta, por el Alguacil de este Tribunal, quien efectuará el lanzamiento de los ocupantes de ser necesario. Por la presente también se notifica e informa a Fulano de Tal y Sutano de Tal, personas desconocidas que puedan tener derechos en la propiedad o título objeto de este edicto. La Venta en Pública Subasta de la referida propiedad se verificará libre de toda carga y gravamen posterior que afecte la mencionada finca, a cuyo efecto se notifica y se hace saber la fecha, hora y sitio de la Primera, Segunda y Tercera Subasta, si eso fuera necesario a los efectos de cualquier persona o personas con algún interés puedan comparecer a la celebración de dicha Subasta. Los autos y todos los documentos correspondientes, al procedimiento del caso de epígrafe están disponibles en la Secretaría de este Tribunal durante horas laborables y para la concurrencia de los licitadores expido el presente Edicto que se publicará en un periódico de circulación diaria en toda la Isla de Puerto Rico por espacio de dos (2) semanas y por lo menos una vez por semana y se fijará, además, en el Tribunal de Primera Instancia, Alcaldía y la Colecturía de Rentas Internas del Municipio donde se celebrará la Subasta y en la Colecturía más cercana del lugar de la residencia de la parte demandada. EN TESTIMONIO DE LO CUAL, expido el presente que firmo y sello con el sello de esta oficina en San Juan, Puerto Rico, hoy día 19 de octubre de 2005. JUAN ANTONIO LEROY RODRIGUEZ, ALGUACIL SUPERVISOR, DIVISION DE SUBASTAS, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE SAN JUAN.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA. SALA SUPERIOR DE SAN JUAN.

**DORAL FINANCIAL CORP. H/N/C HF MORTGAGE BANKERS**

Demandante Vs.

**EDWIN GONZALEZ ROSARIO, SU ESPOSA LEILA E. RIOS GONZALEZ Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS**

Demandados

CIVIL NUM.: KCD 2004-0180 (807). Sobre: COBRO DE DINERO Y EJECUCION DE HIPOTECA POR LA VIA ORDINARIA. EDICTO ANUNCIANDO PRIMERA, SEGUNDA Y TERCERA SUBASTA. El Alguacil que suscribe, funcionario de Tribunal de San Juan, Puerto Rico, por la presente anuncia y hace saber al público en general que en cumplimiento con la Sentencia dictada en este caso con fecha 29 de junio de 2004, y según Orden y Mandamiento del 9 de septiembre de 2005 librado por este honorable Tribunal, procederá a vender en pública subasta al mejor postor, y por dinero en efectivo o cheque certificado con todo título derecho y/o interés de la parte demandada sobre la propiedad que se describe a continuación: ubicada en Calle R. Alonso #1778 Urb. Santiago Iglesias Pantín, San Juan, Puerto Rico. URBANA: Solar radicado en la Urbanización Santiago Iglesias Pantín, situada en el barrio Gobernador Piñero (antes Bonacillos) de Río Piedras, que se describe con el #56 de la manzana F, con un área de 313.20, metros cuadrados. En lindes por el Norte con la calle #3, en 13-73 metros, por el Sur con solares #16 y #15 en 12.37 metros, por el Este con el solar #57 en 24.00 metros y por el Oeste con el solar #55 en 24.00 metros. Enclava una casa. La propiedad hipotecada se encuentra inscrita al folio móvil del tomo 22 de Monacillos, finca número 15221, Registro de la Propiedad de San Juan, Sección III. Finca: No 15221, inscrita al folio 133 del tomo 403 de Bonacillos. Registro de la propiedad. Sección Tercera de San Juan. Se anuncia por medio de este edicto que la primera subasta habrá de celebrarse el día 10 de enero de 2006 a las 10:30 de la mañana en mi oficina sita en el edificio que ocupa el Tribunal Superior de Puerto Rico, Sala de San Juan, Puerto Rico. Siendo ésta la primera subasta que se celebrará en este caso, será el precio mínimo aceptable como oferta en la Primera Subasta el tipo mínimo pactado en la Escritura de Hipoteca para la propiedad, o sea, la suma de $101,250.00. De no haber remanente o adjudicación en esta primera subasta por dicha suma mínima, se celebrará una segunda subasta el día 18 de enero de 2006 a las 10:30 de la mañana en el mismo lugar antes señalado en la cual el precio mínimo serán dos terceras (2/3) partes del tipo mínimo pactado en la escritura de hipoteca. De no haber remanente o adjudicación en esta segunda subasta por el tipo mínimo indicado en el párrafo anterior, se celebrará una tercera subasta en el mismo lugar antes señalado el día 25 de enero de 2006 a las 10:30 de la mañana en la cual el tipo mínimo aceptable como oferta será la mitad (1/2) del precio mínimo pactado en la escritura de hipoteca. Si tampoco hubiese remate o adjudicación en la tercera subasta y se declare desierta, se dará por terminado el procedimiento pudiendo el acreedor adjudicarse la propiedad dentro de los diez (10) días siguientes por la totalidad de la cantidad adeudada. Con el importe de esta venta se habrá de satisfacer el balance de la sentencia dictada en este caso el cual consiste en el pago de $108,888.81 de principal, más intereses convenido al 8.95% anual más recargos has su pago, más la suma de $10,125.00 para costas, gastos y honorarios de abogados. Se dispone que una vez celebrada la subasta y vendido el inmueble relacionado, los adjudicatarios serán puestos en posesión del inmueble dentro del término de veinte (20) días a partir de dicha subasta, por el Alguacil de este Tribunal quien efectuará el lanzamiento de los ocupantes de ser necesario. Por la presente también se notifica e informa a Fulano de Tal y Sutano de Tal, personas desconocidas que puedan tener derechos en la propiedad o título objeto de este edicto. La Venta en Pública Subasta de la referida propiedad se verificará libre de toda carga y gravamen posterior que afecte la mencionada finca, a cuyo efecto se notifica y se hace saber la fecha, hora y sitio de la Primera, Segunda y Tercera Subasta, si eso fuera necesario, a los efectos de cualquier persona o personas con algún interés puedan comparecer a la celebración de dicha Subasta. Los autos y todos los documentos correspondientes al procedimiento del caso de epígrafe están disponibles en la Secretaría de este Tribunal durante horas laborables y para la concurrencia de los licitadores expido el presente Edicto que se publicará en un periódico de circulación diaria en toda las Isla de Puerto Rico por espacio de dos (2) semanas y por lo menos una vez por semana y se fijará, además, en el Tribunal de Primera Instancia, Alcaldía y la Colecturía de Rentas Internas del Municipio donde se celebrará la Subasta y en la Colecturía más cercana del lugar de la residencia de la parte demandada. EN TESTIMONIO DE LO CUAL, expido el presente que firmo y sello con el sello de esta oficina en San Juan, Puerto Rico, hoy día 19 de octubre de 2005. JUAN ANTONIO LARROY RODRIGUEZ, ALGUACIL SUPERVISOR. DIVISION DE SUBASTAS, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE SAN JUAN.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DISTRITO TOA ALTA.

**DORAL FINANCIAL CORPORATION**

Demandantes Vs.

**PEDRO LUIS ORTIZ RODRIGUEZ T/C/C/ PEDRO L. ORTIZ RODRIGUEZ; ERNESTO VILLAFAÑE REYES Y MARIA MELENDEZ MEDINA Y LA SOCIEDAD LEGAL DE GANANCIALES**

Demandados

CIVIL NUM.: CD2001-1079. SOBRE: EJECUCION DE HIPOTECA POR VIA ORDINARIA. AVISO DE SUBASTA.

**A: AL PUBLICO EN GENERAL: PEDRO LUIS ORTIZ RODRIGUEZ T/C/C/ PEDRO L. ORTIZ RODRIGUEZ; ERNESTO VILLAFAÑE REYES Y MARIA MELENDEZ MEDINA Y LA SOCIEDAD LEGAL DE GANANCIALES**

El que suscribe, Alguacil del Tribunal de Primera Instancia, Tribunal Distrito Toa Alta, hago saber: Que en cumplimiento de Mandamiento de Ejecución de Sentencia, expedido con fecha 31 de agosto de 2005, procederé a vender y venderé en pública subasta y al mejor postor la propiedad que se describe a continuación: URBANA: Solar marcado con el número 21 del Bloque U de la Urbanización Toa Alta Heights, localizada en los Barrios Piñas y Mucarabones del término municipal de Toa Alta, con un área de 168.00 metros cuadrados, en lindes por el Norte, con solar U-7, distancia de 7.00 metros; por el Sur, con calle 21, distancia de 7.00 metros; por el Este, con solar V 22 distancia de 24.00 metros; por el Oeste, con solar V-20, distancia de 24.00 metros. Enclava una casa construida de concreto armado y bloques para fines residenciales. Inscrita al folio 227 del tomo 141 de Toa Alta, finca número 6989, Sección III de Bayamón. El producto de la subasta se destinará a satisfacer al demandante hasta donde alcance, la suma de $30,918.42 de principal, más intereses al tipo del 8.50% anual más la suma de $3,524.00 por concepto de honorarios de abogado y costas autorizadas por el Tribunal, más las cantidades que se adeuden mensualmente por concepto de seguro hipotecario, cargos por demora, más cualquier otros adelantos que se hagan en virtud de la escritura de hipoteca. La venta en pública subasta de la referida propiedad se verificará libre de toda carga o gravamen posterior que afecte la mencionada finca, a cuyo efecto se notifica y se hace saber la fecha, hora y sitio de la PRIMERA, SEGUNDA Y TERCERA subasta, si esto fuera necesario, a los efectos de que cualquier persona o personas con algún interés puedan comparecer a la celebración de dicha subasta. LA PRIMERA SUBASTA se llevará a efecto el día 12 de enero de 2006 a las 10:00 de la mañana en la oficina del referido Alguacil, sita en el edificio que ocupa el Tribunal de Primera Instancia, Sala de Toa Alta. Que el precio mínimo fijado para la PRIMERA subasta lo es la suma de $35,240.00. Que de ser necesaria la celebración de una SEGUNDA SUBASTA la misma se llevará a efecto el día 19 de enero de 2006 a las 10:00 de la mañana en la oficina antes mencionada del Alguacil que suscribe. El precio mínimo para la SEGUNDA SUBASTA será de $23,492.77, equivalente a dos terceras partes del tipo mínimo estipulado para la PRIMERA SUBASTA. Si no se produce remate ni adjudicación en la primera ni la segunda subasta, se celebrará una TERCERA SUBASTA el día 24 de enero de 2006 a las 10:00 de la mañana en la oficina antes mencionada del Alguacil que suscribe. El precio mínimo para la TERCERA SUBASTA será la suma de $17,620.00 equivalente a la mitad del precio pactado. Se le advierte a los licitadores que la adjudicación se hará al mejor postor, quien deberá consignar el importe de su oferta en el acto mismo de la adjudicación, en moneda de curso legal de los Estados Unidos de América y para conocimiento de la parte demandada y de toda aquella persona o personas que tengan interés inscrito con posterioridad a la inscripción del gravamen que se está ejecutando y para conocimiento de los licitadores y el público en general, y para su publicación dos veces en un periódico de circulación diaria en toda la isla de Puerto Rico y se fijará, además, en tres sitios públicos del Municipio en que ha de celebrarse dicha venta, tales como la Alcaldía, el Tribunal y la Colecturía. Se le advierte, además, a todos los interesados que todos los documentos relacionados con la presente acción de ejecución de hipoteca, así como de la subasta, estarán disponibles para ser examinados en la Secretaría del Tribunal durante las horas laborables. EXPIDO EL PRESENTE EDICTO, en Toa Alta, Puerto Rico, hoy día 12 DE SEPTIEMBRE DE 2005. MANUEL RIVERA OLIVO, ALGUACIL DEL TRIBUNAL, SALA DE TOA ALTA.

LEGAL NOTICE

IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF PUERTO RICO.

**PRAMCO, LLC, on behalf of CFSC CONSORTIUM, LLC,**

Plaintiff, vs.

**CECILIO GOMEZ BENITEZ, ET ALS,**

Defendants,

CIVIL NO. 91-1797(GG). RE: COLLECTION OF MONIES, FORECLOSURE OF MORTGAGE. NOTICE OF SALE.

**TO: Cecilio Gómez Benítez, Carmen S. Arroyo Massas and the conjugal partnership constituted between them; Celestino Gómez López, Eduviges Benítez and the conjugal partnership constituted between them**

UNITED STATES OF AMERICA, PRESIDENT OF THE UNITED STATES, COMMONWEALTH OF PUERTO RICO. SS. Judgment in favor of plaintiff for the sum of Twenty Eight Thousand Eight Hundred Sixty Three Dollars and Forty Eight Cents ($28,863.48) in principal accrued interest in the amount of Five Thousand Four Hundred Forty Five Dollars and Fifty Four Cents ($5,449.54), as of February 19, 1991, which interest amount increases at the daily accrual rate of $6.43, Plus costs, disbursements and attorneys fees due to the date of sale. Pursuant to the said judgment, the undersigned United States Marshal was Ordered to sell at public auction for United States currency in cash check without appraisement or right of redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Federico Degetau Federal Building, Chardón Street, Hato Rey, San Juan, Puerto Rico or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property: URBANA: Solar marcado con el número, Veintinueve (29) de la comunidad rural Tomás de Castro de Caguas, Puerto Rico, de Novecientos Punto Cero Cero (900.00) Metros Cuadrados; en lindes por el Norte, con la parcela número treinta (30) y calle de la comunidad; por el Sur, con la parcela número veintiocho (28); Por el Este, con una calle de la comunidad y con la parcela número treinta y tres (33) y número treinta (30). Recorded at page 113 over of volume 866 of Caguas, third inscription of property number 28,984. THEREFORE, the first public sale shall be held on the 13TH day of JANUARY 2006, at 10:30 a.m. and the minimum bid that will be accepted is the sum of $35,000.00. In the event said first public auction does not produce a bidder and the property is not adjudicated, a second public auction shall be held on the 20th day of JANUARY, 2006, at 10:30 and the minimum bid that will be accepted is the 2/3 of the minimum bid for the 1st. public sale. If said second auction does not result in the adjudication and sale of the property, a third auction will be held on the 27th day of JANUARY, 2004, at 10:30 a.m. and the minimum bid that will be accepted is the sum of 1/2 of the minimum bid for the 1st. Public sale. Upon confirmation of the sale, an order shall be issued canceling all junior liens. For further particulars, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the prior lien described hereinafter: (a) Hipoteca por la suma de $6,000.00, con interés al 6% anual, en garantía de un Pagaré a favor del Banco de la Vivienda de Puerto Rico, o a su orden, que vence el 1ro. de enero de 1993, según escritura número 937, otorgada en San Juan, el 1ro. de agosto de 1967, ante el Notario Público Carlos E. Berríos Rojas, inscrita al folio 110, del tomo 866 de Caguas, inscripción primera. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the posterior lien described hereinafter: (b) Aviso de Demanda: Por $28,863.48, radicada en la Corte de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico, dictada en el caso civil número 91-1797(GG), en fecha 20 de junio de 1991, seguido por United States of America (Small Business Administration) demandante vs. Cecilio Gómez Benítez, Carmen S. Arroyo Massas y la Sociedad Legal de Gananciales, Celestino Gómez López, Eduviges Benítez y la Sociedad Legal de Gananciales, demandados, en la que se solicita ejecutar la Hipoteca de la inscripción tercera, anotada al folio 113 vuelto del tomo 866 de Caguas. In San Juan, Puerto Rico, this 17th day of October, 2005. HERMAN WIRSHING, UNITED STATES MARSHAL, DISTRICT OF PUERTO RICO. BY: ROBERT SCHMIDT, LT.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DE CAGUAS.

**RG PREMIER BANK OF P.R.**

DEMANDANTE VS.

**MALDONADO CAMACHO, GLENN (SUCN.)**

DEMANDADO

CASO : E CD2004-2039, SALON: 0402. COBRO DE DINERO, CAUSAL/DELITO.

**ROE, RICHARD POR EDICTO 99999-9999**

NOTIFICACION DE SENTENCIA POR EDICTOS. EL SECRETARIO que suscribe notifica a usted que el 4 de octubre de 2005, este Tribunal ha dictado sentencia declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual pueda establecerse recurso de revisión o apelación, dirijo a usted esta notificación que se considerará hecha en la fecha de la última publicación de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 1 de noviembre de 2005.

**DOE, JOHN POR EDICTO 99999-9999**

**SAUREZ MENA, MARILYN POR EDICTO 99999-9999**

**SUCN. DE GLENN E. MALDONADO CAMACHO POR EDICTO 99999-9999**

Caguas, Puerto Rico, a 1 de noviembre de 2005. CARMEN L. RAMOS FLORES, SECRETARIA. POR: MARTA E. DONATE RESTO, SECRETARIA AUXILIAR.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL GENERAL DE JUSTICIA, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR, SUB-SECCION DE DISTRITO DE CAROLINA.

**BBV ARGENTARIA PR**

DEMANDANTE Vs.

**ANGEL L. COLON GONZALEZ Y OTROS**

DEMANDADO

CIVIL NUM.: FCD2005-0303, SALON 402. SOBRE: COBRO DE DINERO.

**A: ANGEL L. COLON GONZALEZ, FULANA DE TAL, DENOMINADA ASI FICTICIAMENTE POR DESCONOCERSE SU VERDADERA IDENTIDAD Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS.**

NOTIFICACION DE SENTENCIA POR EDICTO. EL SECRETARIO que suscribe notifica a usted que este Tribunal ha dictado sentencia en el caso de epígrafe con fecha 7 de octubre de 2005, que ha sido debidamente registrada y archivada en los autos de este caso, donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de apelación, dirijo a usted esta notificación, habiendo archivado en los autos de este caso copia de ella con fecha de 4 de noviembre de 2006. Carolina, P.R., a 4 de noviembre de 2005. CARMEN S. RIVERA CORTES, SECRETARIA REGIONAL. POR: XIOMARA MALDONADO CRUZ, SECRETARIA AUXILIAR.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE MANATI.

**BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO**

Demandante vs.

**HECTOR M. TORRES FRUDERA T/C/C HECTOR M. TORRES FRADERA**

Demandado

CIVIL NUM.: CD 2005-564. SOBRE: COBRO DE DINERO. EMPLAZAMIENTO POR EDICTO. ESTADOS UNIDOS DE AMERICA, EL PRESIDENTE DE LOS ESTADOS UNIDOS, EL ESTADO LIBRE ASOCIADO DE PUERTO RICO. SS.

**A: HECTOR M. TORRES FRUDERA T/C/C HECTOR M. TORRES FRADERA RR-02 BOX 6533 BO. PUGNADO MANATI, PUERTO RICO 00674 Y/O BARRIO PUGNADO CARRETERA 149, KM. 2.9, MANATI, PUERTO RICO 00674**

POR LA PRESENTE se les emplaza y requiere para que contesten la demanda dentro de los treinta (30) días siguientes a la publicación de este Edicto, radique el original de su contestación ante el Tribunal correspondiente y notifique con copia a los abogados de la parte demandante, Lcda. Maxine M. Brown Vázquez al PO Box 191017, San Juan, P.R. 00919-1017; Teléfono 754-2821. En dicha demanda se tramita una acción de Cobro de Dinero donde se le reclama la suma principal de $15,989.15 los intereses devengados al 7 de junio de 2005, que ascienden a la suma de $982.77 y los que de ahí en adelante se acumulen según pactados, hasta su total y completo pago, la suma de $125.56 por concepto de cargos por demora más el 5% del balance adeudado por concepto de costas, gastos y honorarios de abogado. SE LE APERCIBE que de no hacerlo así, se le anotará la rebeldía y se dictará sentencia en la cual se concederá el remedio solicitado contra usted en la Demanda, sin más citarle ni oírle. EXTENDIDO bajo mi firma y el sello del Tribunal en Manatí, Puerto Rico, a 4 de noviembre del 2005. SORAYA GONZALEZ MALDONADO, SECRETARIA. YOLANDA RIVERA COLON, SECRETARIA AUXILIAR, TRIB. I.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DE ARECIBO.

**DORAL FINANCIAL CORPORATION**

DEMANDANTE VS.

**LAUREANO CEBOLLERO, ELIAS A.**

DEMANDADO

CASO NUM.: C CD2002-0961, SALON: 0405. COBRO DE DINERO, CAUSAL/DELITO.

**A: MARIBEL RIVERA MALPICA, LAUREANO-RIVERA SOC. LEGAL DE GANAN.**

NOTIFICACION DE SENTENCIA POR EDICTOS. El Secretario que suscribe notifica a usted que el 27 de octubre de 2005, este Tribunal ha dictado sentencia declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de revisión o apelación, dirijo a usted esta notificación que se considerará hecha en la fecha de la última publicación de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 1 de noviembre de 2005.

**VARGAS VERA REBECCA TORRE CHARDON STE 1201 350 CALLE CHARDON SAN JUAN, P.R. 00918**

**FORTUÑO FAS JUAN CARLOS PO BOX 9300 SAN JUAN, P.R. 00908**

**LAUREANO CEBOLLERO, ELIAS A. URB. VILLA GOERGETIUELTA C 10 CALLE CAMBALACHE BARCELONETA, P.R. 00617**

**LAUREANO CEBOLLERO, ELIAS A. PO BOX 2142 BARCELONETA, P.R. 00617**

**LAUREANO-RIVERA SOC. LEGAL DE GANAN. PO BOX 2142 BARCELONETA, P.R. 00617**

**RIVERA MALPICA, MARIBEL PO BOX 2142 BARCELONETA, P.R. 00617**

Arecibo, Puerto Rico, a 1 de noviembre de 2005. MARILUZ DIAZ RODRIGUEZ, SECRETARIA. POR: LISANDRA ROMAN ROSARIO, SECRETARIA AUXILIAR.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, COMISIÓN DE SERVICIO PÚBLICO - AVISO - CASO NÚM.: S-06-61- TCSG. El señor Delvin Lugo Suárez, residente en San Germán, solicita a este Organismo autorización para operar una (1) unidad en la transportación de carga al servicio de grúa (TCSG) mediante paga a través de la Isla de Puerto Rico. Cualquier persona natural o jurídica que desee comparecer y ser oída, deberá presentar a la Comisión dentro de los quince (15) días subsiguientes a la fecha de la publicación de este AVISO, un escrito jurado haciendo constar en detalle los hechos en que funda su derecho a intervenir y ser oída, enviando copia de dicho escrito al peticionario a su dirección postal: HC-02 BOX 12393, SAN GERMAN, P.R. 00683. De oponerse a lo solicitado, deberá expresar los fundamentos por los cuales no deba concederse lo solicitado. De igual forma se citarán para VISTA PUBLICA y serán oídas, las personas que así lo soliciten por escrito, a la Comisión. En Hato Rey, Puerto Rico, hoy 31 de OCTUBRE del 2005. ROBERTO MALDONADO VELEZ, PRESIDENTE, YESENIA NIEVES OROZCO, SECRETARIA. MILAGROS RODRIGUEZ AYALA, SUB-SECRETARIA.

SAN JUAN STAR
787-782-4200

LEGAL NOTICE

IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF PUERTO RICO.

**PRAMCO, LLC, on behalf of CFSC CONSORTIUM, LLC,**
Plaintiff, vs.
**CECILIO GOMEZ BENITEZ, ET ALS,**
Defendants,

CIVIL NO. 91-1797(GG). RE: COLLECTION OF MONIES, FORECLOSURE OF MORTGAGE. NOTICE OF SALE.

**TO: Cecilio Gómez Benítez, Carmen S. Arroyo Massas and the conjugal partnership constituted between them; Celestino Gómez López, Eduviges Benítez and the conjugal partnership constituted between them**

UNITED STATES OF AMERICA, PRESIDENT OF THE UNITED STATES, COMMONWEALTH OF PUERTO RICO. SS. Judgment in favor of plaintiff for the sum of Twenty Eight Thousand Eight Hundred [Six]ty Three Dollars and Forty Eight Cents ($28,863.48) in principal accrued interest in the amount of Five Thousand Four Hundred Forty Five Dollars and Fifty Four Cents ($5,449.54), as of February 19, 1991, which interest amount increases at the daily accrual rate of $6.43, Plus costs, disbursements and attorneys fees due to the date of sale. Pursuant to the said judgment, the undersigned United States Marshal was Ordered to sell at public auction for United States currency in cash check without appraisement or right of redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Federico Degetau Federal Building, Chardón Street, Hato Rey, San Juan, Puerto Rico or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property: URBANA: Solar marcado con el número, Veintinueve (29) de la comunidad rural Tomás de Castro de Caguas, Puerto Rico, de Novecientos Punto Cero Cero (900.00) Metros Cuadrados; en lindes por el Norte, con la parcela número treinta (30) y calle de la comunidad; por el Sur, con la parcela número veintiocho (28); Por el Este, con una calle de la comunidad y con la parcela número [trei]nta y tres (33) y número treinta [illegible]). Recorded at page 113 over of volume 866 of Caguas, third inscription of property number 28,984. THEREFORE, the first public sale shall be held on the 13TH day of JANUARY 2006, at 10:30 a.m. and the minimum bid that will be accepted is the sum of $35,000.00. In the event said first public auction does not produce a bidder and the property is not adjudicated, a second public auction shall be held on the 20th day of JANUARY, 2006, at 10:30 and the minimum bid that will be accepted is the 2/3 of the minimum bid for the 1st. public sale. If said second auction does not result in the adjudication and sale of the property, a third auction will be held on the 27th day of JANUARY, 2004, at 10:30 a.m. and the minimum bid that will be accepted is the sum of 1/2 of the minimum bid for the 1st. Public sale. Upon confirmation of the sale, an [ord]er shall be issued canceling all [illegible]or liens. For further particulars, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the prior lien described hereinafter: (a) Hipoteca por la suma de $6,000.00, con interés al 6% anual, en garantía de un Pagaré a favor del Banco de la Vivienda de Puerto Rico, o a su orden, que vence el 1ro. de enero de 1993, según escritura núm[illegible] otorgada en San Juan, el 1ro. de agosto de 1987, ante el Notario Público Carlos E. Berrios Rojas, inscrita al folio 110, del tomo 866 de Caguas, inscripción primera. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the posterior lien described hereinafter: (b) Aviso de Demanda: Por $28,863.48, radicada en la Corte de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico, dictada en el caso civil número 91-1797(GG), en fecha 20 de junio de 1991, seguido por United States of America (Small Business Administration) demandante vs. Cecilio Gómez Benítez, Carmen S. Arroyo Massas y la Sociedad Legal de Gananciales, Celestino Gómez López, Eduviges Benítez y la Sociedad Legal de Gananciales, demandados, en la que se solicita ejecutar la Hipoteca de la inscripción tercera, anotada al folio 113 vuelto del tomo 866 de Caguas. In San Juan, Puerto Rico, this 17th day of October, 2005. HERMAN WIRSHING, UNITED STATES MARSHAL, DISTRICT OF PUERTO RICO. BY: ROBERT SCHMIDT, LT.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL GENERAL DE JUSTICIA, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR, SUB-SECCION DE DISTRITO DE CAROLINA.

**BBV ARGENTARIA PR**
DEMANDANTE Vs.
**ANGEL L. COLON GONZALEZ Y OTROS**
DEMANDADO

CIVIL NUM.: FCD2005-0303, SALON 402. SOBRE: COBRO DE DINERO.

**A: ANGEL L. COLON GONZALEZ, FULANA DE TAL, DENOMINADA ASI FICTICIAMENTE POR DESCONOCERSE SU VERDADERA IDENTIDAD Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS.**

NOTIFICACION DE SENTENCIA POR EDICTO. EL SECRETARIO que suscribe notifica a usted que este Tribunal ha dictado sentencia en el caso de epígrafe con fecha 7 de octubre de 2005, que ha sido debidamente registrada y archivada en los autos de este caso, donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de apelación, dirijo a usted esta notificación, habiendo archivado en los autos de este caso copia de ella con fecha de 4 de noviembre de 2005. Carolina, P.R., a 4 de noviembre de 2005. CARMEN S. RIVERA CORTES, SECRETARIA REGIONAL. POR: XIOMARA MALDONADO CRUZ, SECRETARIA AUXILIAR.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DE CAGUAS.

**RG PREMIER BANK OF P.R.**
DEMANDANTE VS.
**MALDONADO CAMACHO, GLENN (SUCN.)**
DEMANDADO

CASO: E CD2004-2039, SALON: 0402. COBRO DE DINERO, CAUSAL/DELITO.

**ROE, RICHARD**
**POR EDICTO**
**99999-9999**

NOTIFICACION DE SENTENCIA POR EDICTOS. EL SECRETARIO que suscribe notifica a usted que el 4 de octubre de 2005, este Tribunal ha dictado sentencia declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual pueda establecerse recurso de revisión o apelación, dirijo a usted esta notificación que se considerará hecha en la fecha de la última publicación de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 1 de noviembre de 2005.

**DOE, JOHN**
**POR EDICTO**
**99999-9999**
**SAUREZ MENA, MARILYN**
**POR EDICTO**
**99999-9999**
**SUCN. DE GLENN E. MALDONADO CAMACHO**
**POR EDICTO**
**99999-9999**

Caguas, Puerto Rico, a 1 de noviembre de 2005. CARMEN L. RAMOS FLORES, SECRETARIA. POR: MARTA E. DONATE RESTO, SECRETARIA AUXILIAR.

LEGAL NOTICE

CARE AND PROTECTION, DOCKET NUMBER: CP 0400074, TERMINATION OF PARENTAL RIGHTS, SUMMONS BY PUBLICATION. COMMONWEALTH OF MASSACHUSETTS. Juvenile Court Department, Springfield Division, 80 State Street, Springfield, MA 01103-2010. TO: CARLOS ESTREMERA, FATHER OF CHERLIS TERESA ESTREMERA BONILLA, BORN TO TERESITA BONILLA ON 02/16/91. A petition has been presented to this court by DEPARTMENT OF SOCIAL SERVICES, seeking, as to the subject child (ren), CHERLIS TERESA ESTREMERA BONILLA, that said child(ren) be found in need of care and protection and committed to the Department of Social Services. The court may dispense the rights of the person named herein to receive notice of or to consent to any legal proceeding affecting the adoption, custody, or guardianship or any other disposition of the child(ren) named herein, if it finds that the child(ren) is/are in need of care and protection and that the best interests of the child(ren) would be served by said disposition. You are hereby ORDERED to appear in the court, at the court address set forth above, on 12/20/05, at 9:00 a.m., for a PRE-TRIAL CONFERENCE. You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you. If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter. For further information call the Office of the Clerk-Magistrate at 413-748-7718. WITNESS: Daniel J. Swords, FIRST JUSTICE. DONALD P. WHITNEY, CLERK - MAGISTRATE, DATE ISSUED: 11/07/05.

LEGAL NOTICE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO.

IN THE MATTER OF:
**EVELYN TORRES PITRE,**
DEBTOR (S)
**EVELYN TORRES PITRE**
PLAINTIFF(S)
**IVELISSE DE JESUS PEREZ, JOHN DOE JOSE B. CARRION, CHAPTER 13 TRUSTEE**
DEFENDANT(S)

CASE NO. 03-07379, (SEK), CHAPTER 13. ADVERSARY NUMBER 05-57. SUMMONS. To the above named defendant(s): You are hereby summoned and required to serve upon Jaime Rodriguez, plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is P.O. BOX 2477, VEGA BAJA, PUERTO RICO 00694, either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney (or upon plaintiff is not represented by counsel) with thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court, except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons. (If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court: Your motion or answer must be filed with this Court. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT. Date of Issuance March. 21, 2005. CELESTINO MATTA-MENDEZ, CLERK, U.S. BANKRUPTCY COURT.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, TRIBUNAL SUPERIOR DE FAJARDO.

**RG MORTGAGE CORP.**
DEMANDANTE Vs.
**SUCESION DE MARIANA CEPEDA ILARRAZA t/c/c MARIANA ILARRAZA COMPUESTA POR FULANO DE TAL Y SUTANO MAS CUAL; ILEANA MENDOZA CEPEDA; ANTONIO VIZCARRONDO FIGUEROA; ESPERANZA FELICIANO GARCIA t/c/c ESPERANZA GARCIA; NILDA EYDHA RIVERA FELICIANO; ANA RITA ROSARIO ILARRAZA en su carácter de propietarios registrales**
DEMANDADOS

CIVIL NUM.: NICI2003-00616. SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA POR VIA ORDINARIA. EDICTO ANUNCIANDO PRIMERA, SEGUNDA Y TERCERA SUBASTA. El Alguacil que suscribe, funcionario del Tribunal de Primera Instancia, Sala Superior de Fajardo, en Fajardo, Puerto Rico, por la presente anuncia y hace saber al público en general que en cumplimiento con la Sentencia dictada en este caso con fecha 14 de diciembre de 2004 y según Orden de fecha 22 de mayo de 2005 y Mandamiento de fecha 9 de junio de 2005 librado por este honorable Tribunal, procederé a vender en pública subasta al mejor postor, y por dinero en efectivo o cheque certificado con todo título derecho y/o interés de la parte demandada sobre la propiedad que se describe a continuación: RUSTICA: Parcela marcada con el #144 en el plano de parcelación de la comunidad rural Borrás del Barrio Juan Martín del término municipal de Luquillo, con una cabida superficial de 0.2064 cuerdas, equivalente a 811.05 metros cuadrados, en lindes por el NORTE, con la parcela #142 de la comunidad; por el SUR, con la carretera estatal #940; por el ESTE, con al parcela 145 de la comunidad y por el OESTE, con la parcela #143 de la comunidad. TRACTO DE PROPIETARIO REGISTRAL: Inscripción 1ra. al folio 140 del tomo 128 de Luquillo con fecha 4 de abril de 1974, los esposos Francisco Feliciano Figueroa y Rogelia Calderón, adquieren esta finca por compra al Estado Libre Asociado de Puerto Rico, según escritura #341, otorgada en San Juan, el 8 de noviembre de 1977, ante Néstor S. Aponte Hernández; Inscripción 2da al folio 140 vto., del tomo 128 del Luquillo, con fecha 6 de julio de 2001, Antonio Vizcarrondo Figueroa, mayor de edad, soltero, Esperanza Feliciano García, también conocida como Esperanza García, mayor de edad, casada (sin expresar con quien); Nilda Eydha Rivera Feliciano, mayor de edad, soltera, adquirieron esta finca por herencia intestada de Francisco Feliciano Figueroa, sujeta dicha participación a la cuota usufructuaria que determina la ley a favor de Rogelia Calderón llarraza, mayor de edad, viuda, según Resolución de fecha 7 de marzo de 1996, dictada en el Tribunal de Primera Instancia, Subsección de Distrito, Sala de Fajardo, en el Caso Civil #CD96-290; inscripción 3ra. al folio 141 del tomo: 128 de Luquillo, con fecha 6 de julio de 2001, Ana Rita Rosado llarraza, casada con Miguel Ramós Ayala, Mariana Cepeda llarraza, también conocida como Mariana llarazza, mayor de edad, soltera, quienes adquirieron parte en esta finca por herencia intestada de Rogelia Calderón llarraza, según Resolución expedida por el Tribunal de Primera Instancia Subsección de Distrito, Sala de Fajardo, en el Caso Civil #CD98-871; inscripción 4ta. al folio 141 del tomo 128 de Luquillo, con fecha 7 de abril de 2003, Mariana Cepeda llarraza, también conocida como Mariana llarazza, mayor de edad, soltera, adquiere de Ana Rita Rosario llarraza, mayor de edad, soltera por viudez, Antonio Vizcarrondo Figueroa, mayor de edad, soltero, Esperanza Feliciano García, también conocida como Esperanza García, mayor de edad, casada (sin expresar con quien); y Nilda Eydha Rivera Feliciano, mayor de edad, soltera. Se anuncia por medio de este edicto que la primera subasta habrá de celebrarse el día 6 de diciembre de 2005 *a las 9:00 de la* mañana, en mi oficina sita en el edificio que ocupa el Tribunal Superior de Puerto Rico, Sala de Fajardo, en Fajardo, Puerto Rico. Siendo ésta la primera subasta que se celebrará en este caso, será el precio mínimo aceptable como oferta en la Primera Subasta el tipo mínimo pactado en la Escritura de Hipoteca para la propiedad, o sea, la suma de $45,000.00. De no haber remanente o adjudicación en esta primera subasta por dicha suma mínima, se celebrará una segunda subasta el día 13 de diciembre de 2005, a las 9:00 de la mañana, en el mismo lugar antes señalado en la cual el precio mínimo serán dos terceras (2/3) partes del tipo mínimo pactado en la escritura de hipoteca. De no haber remanente o adjudicación en esta segunda subasta por el tipo mínimo indicado en el párrafo anterior, se celebrará una tercera subasta en el mismo lugar antes señalado el día 20 de diciembre de 2005, a las 9:00 de la mañana, en la cual el tipo mínimo aceptable como oferta será la mitad (1/2) del precio mínimo pactado en la escritura de hipoteca. Si tampoco hubiese remate o adjudicación en la tercera subasta y se declare desierta, se dará por terminado el procedimiento pudiendo el acreedor adjudicarse la propiedad dentro de los diez (10) días siguientes por la totalidad de la cantidad adeudada. Con el importe de esta venta se habrá de satisfacer el balance de la sentencia dictada en este caso el cual consiste en el pago de $44,309.07 de principal, más intereses convenido al 8.625% anual que continúan acumulándose a razón de $10.47 diarios. Al 1 de enero de 2003 los mismos ascendían a $2,547.77 hasta el pago total de la obligación. Así también, al 1 de enero de 2003, la deuda había acumulado recargos por demora en la suma de $105.00 los cuales continúan acumulándose a razón de 5% de la suma de cualquier plazo mensual que no sea recibido dentro de 15 días de la fecha de vencimiento de dicho plazo, más la suma del 10% para costas, gastos y honorarios de abogados. Se dispone que una vez celebrada la subasta y vendido el inmueble relacionado, los adjudicatarios serán puestos en posesión del inmueble dentro del término de veinte (20) días a partir de dicha subasta, por el Alguacil de este Tribunal quien efectuará el lanzamiento de los ocupantes de ser necesario. Por la presente también se notifica e informa a Fulano de Tal y Sutano de Tal, personas desconocidas que puedan tener derechos en la propiedad o título objeto de este edicto. La Venta en Pública Subasta de la referida propiedad se verificará libre de toda carga y gravamen posterior que afecte la mencionada finca, a cuyo efecto se notifica y se hace saber la fecha, hora y sitio de la Primera, Segunda y Tercera Subasta, si eso fuera necesario, a los efectos de cualquier persona o personas con algún interés puedan comparecer a la celebración de dicha Subasta. Los autos y todos los documentos correspondientes al procedimiento del caso de epígrafe están disponibles en la Secretaría de este Tribunal durante horas laborables y para la concurrencia de los licitadores expido el presente Edicto que se publicará en un periódico de circulación diaria en toda la Isla de Puerto Rico por espacio dos (2) semanas y por lo menos una vez por semana y se fijará, además, en el Tribunal de Primera Instancia, Alcaldía y la Colecturía de Rentas Internas del Municipio donde se celebrará la Subasta y en la Colecturía más cercana del lugar de la residencia de la parte demandada. EN TESTIMONIO DE LO CUAL, expido el Presente que firmo y sello con el sello de esta oficina en Fajardo, Puerto Rico, hoy día 26 de agosto de 2005. NORBERTO ARCE REYES, ALGUACIL AUXILIAR #727, ALGUACIL TRIBUNAL SUPERIOR, SALA DE FAJARDO.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE FAJARDO.

**RG MORTGAGE CORPORATION**
DEMANDANTE Vs.
**JOSE MARIA MENDEZ JIMINIAN Y DIVIANDRY CARDONA CABRERA t/c/c VIVIANDRY CARDONA CABRERA t/c/c DIVIANDRY CARDONA DE MENDEZ Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS**
DEMANDADO(S)

CIVIL NUM.: NSCI2002-00952. SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA POR VIA ORDINARIA. EDICTO ANUNCIANDO PRIMERA, SEGUNDA Y TERCERA SUBASTA. El Alguacil que suscribe, funcionario del Tribunal de Primera Instancia de Puerto Rico, por la presente anuncia y hace saber al público en general que en cumplimiento con la Sentencia dictada en este caso con fecha 10 de junio de 2005 y según Orden y Mandamiento del 10 de agosto de 2005 librado por este honorable Tribunal, procederé a vender en pública subasta al mejor postor, y por dinero en efectivo o cheque certificado con todo título derecho y/o interés de la parte demandada sobre la propiedad que se describe a continuación: *URBANA: Solar #42 de la Urbanización*, Segunda Extensión Santa Isidra, radicado en el Barrio Sardinera del Municipio de Fajardo, Puerto Rico, área de 959.47 metros cuadrados, colindando por el NORTE, en 11.77 metros, con área de parque, SUR, en 23.70 metros, con la calle #6, ESTE, en 27.32 metros, con la calle #5, OESTE, en 27.23 metros, con el solar #43, NORESTE, en 25.76 metros, con solar #41-D y SURESTE, en un arco de 3.50 metros, con intersección de dichas calles. ENCLAVA: una casa de concreto. ORIGEN: Se segrega de la finca #3969, inscrita al folio 243 del tomo 131 de Fajardo. Se anuncia por medio de este edicto que la primera subasta habrá de celebrarse el día 6 de diciembre de 2005 a las 10:30 de la mañana, en mi oficina sita en el edificio que ocupa el Tribunal Superior de Puerto Rico, Sala de Fajardo, en Fajardo, Puerto Rico. Siendo ésta la primera subasta que se celebrará en este caso, será el precio mínimo aceptable como oferta en la Primera Subasta el tipo mínimo pactado en la Escritura de Hipoteca para la propiedad, o sea, la suma de $160,000.00. De no haber remanente o adjudicación en esta primera subasta por dicha suma mínima, se celebrará una segunda subasta el día 13 de diciembre de 2005, a las 10:30 de la mañana, en el mismo lugar antes señalado en la cual el precio mínimo serán dos terceras (2/3) partes del tipo mínimo pactado en la escritura de hipoteca. De no haber remanente o adjudicación en esta segunda subasta por el tipo mínimo indicado en el párrafo anterior, se celebrará una tercera subasta en el mismo lugar antes señalado el día 20 de diciembre de 2005, a las 10:30 de la mañana, en la cual el tipo mínimo aceptable como oferta será la mitad (1/2) del precio mínimo pactado en la escritura de hipoteca. Si tampoco hubiese remate o adjudicación en la tercera subasta y se declare desierta, se dará por terminado el procedimiento pudiendo el acreedor adjudicarse la propiedad dentro de los diez (10) días siguientes por la totalidad de la cantidad adeudada. Con el importe de esta venta se habrá de satisfacer el balance de la sentencia dictada en este caso el cual consiste en el pago de $205,838.76 de principal, más intereses convenido al 9-1/8% anual más recargos hasta su pago, más la suma de n/a para costas, gastos y honorarios de abogados. Se dispone que una vez celebrada la subasta y vendido el inmueble relacionado, los adjudicatarios serán puestos en posesión del inmueble dentro del término de veinte (20) días a partir de dicha subasta, por el Alguacil de este Tribunal quien efectuará el lanzamiento de los ocupantes de ser necesario. Por la presente también se notifica e informa a Fulano de Tal y Sutano de Tal, personas desconocidas que puedan tener derechos en la propiedad o título objeto de este edicto. La Venta en Pública Subasta de la referida propiedad se verificará libre de toda carga y gravamen posterior que afecte la mencionada finca, a cuyo efecto se notifica y se hace saber la fecha, hora y sitio de la Primera, Segunda y Tercera Subasta, si eso fuera necesario, a los efectos de cualquier persona o personas con algún interés puedan comparecer a la celebración de dicha Subasta. Los autos y todos los documentos correspondientes al procedimiento del caso de epígrafe están disponibles en la Secretaría de este Tribunal durante horas laborables y para la concurrencia de los licitadores expido el presente Edicto que se publicará en un periódico de circulación diaria en toda la Isla de Puerto Rico por espacio dos (2) semanas y por lo menos una vez por semana y se fijará, además, en el Tribunal de Primera Instancia, Alcaldía y la Colecturía de Rentas Internas del Municipio donde se celebrará la Subasta y en la Colecturía más cercana del lugar de la residencia de la parte demandada. Expido el presente Edicto bajo mi firma y el sello de este Tribunal, en Fajardo, Puerto Rico, hoy día 30 de agosto de 2005. MARIA DEL PILAR RIVERA RIVERA, Alguacil, Tribunal de Primera Instancia, Sala Superior de Fajardo. MARIA DEL PILAR RIVERA RIVERA, ALGUACIL #812, ALGUACIL TRIBUNAL SUPERIOR, SALA DE FAJARDO.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS, AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO, OFICINA ASESORA ADMINISTRACIÓN DE PROPIEDADES, SANTURCE, PUERTO RICO.

**RESOLUCIÓN A LOS DUEÑOS ANTERIORES, CAUSAHABIENTES, OCUPANTES LEGALES, ENTIDADES GUBERNAMENTALES Y OTRAS PERSONAS QUIENES PUDIERAN TENER DERECHO DE READQUIRIR LOS TERRENOS OBJETOS DE ESTE AVISO**

PRIMERO: Por la presente se hace saber que el Estado Libre Asociado de Puerto Rico se propone vender la parcela de terreno que se describe a continuación. RUSTICA: Predio de terreno propiedad del Estado Libre Asociado de Puerto Rico, localizado en la calle Europa, esquina Calle Nueva 861 de Barrio Santurce, con una cabida superficial de *144.8106* metros cuadrados equivalentes a 0.0368 cuerdas. Colindantes por el Norte, con la Sucesión Martínez; por el Sur, con la Calle Nueva; por el Este, con la calle Europa; y por el Oeste, con el Sr. Arturo Rivera Rosa; según plano de mensura número 106-2004, del Departamento de Transportación y Obras Públicas. Inscrito al Folio 31 del Tomo 107 Finca 698. SEGUNDO: La parcela de terreno anteriormente descrita figura inscrita en el Registro de la Propiedad. Sección Primera de San Juan a favor de Estado Libre Asociado de Puerto Rico adquirida mediante expropiación forzosa en el caso número E-66-341. TERCERO: Que *la Junta de Planificación*, autorizó esta venta según Resolución de fecha 3 de marzo de 2005, en la consulta número 2005-18-0095-JGT. CUARTO: Que la propiedad anteriormente descrita a juicio del Secretario de Transportación y Obras Públicas ha dejado de ser de utilidad pública y la venta de la misma constituye una transacción beneficiosa para el Estado Libre Asociado de Puerto Rico. QUINTO: En cumplimiento con las disposiciones de la Ley Número 12 del 10 de diciembre de 1975, según enmendada, se notifica a los anteriores dueños, o en la alternativa a sus respectivas sucesiones o causahabientes, colindantes, municipios y otras entidades gubernamentales con interés en ejercitar el derecho preferente de adquirir la propiedad, que le concede la misma, lo informen por escrito al Departamento de Transportación y Obras Públicas dentro del término de treinta (30) días a contarse desde la fecha de la ultima publicación de esta Resolución. Se notifica a los anteriores dueños o en la alternativa a sus sucesiones a la última dirección conocida con copia de este edicto, por correo certificado con acuse de recibo la intención del Departamento de Transportación y Obras Públicas de enajenar el predio de terreno antes descrito. En San Juan, Puerto Rico, a 19 de octubre de 2005. GABRIEL DOMINGO ALCARAZ EMMANUELLI, SECRETARIO.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, COMISION DE SERVICIO PUBLICO, P.O. BOX 190870, SAN JUAN, P.R. 00919-0870 - AVISO - CASO NÚM: TCE-208. Tactical Waste System Corp., corporación debidamente registrada bajo las leyes del Estado Libre Asociado de Puerto Rico, es concesionario de este Organismo bajo la autorización TCE-208, opera una (1) unidad en la transportación de carga especializada (TCE) (Desperdicios sólidos no peligrosos) mediante paga a través de la Isla de Puerto Rico. Solicita autorización para adicionar una (1) unidad de franquicia. Cualquier persona natural o jurídica que desee comparecer y ser oída, deberá presentar a la Comisión dentro de los quince (15) días subsiguientes a la fecha de la publicación de este AVISO, un escrito jurado haciendo constar en detalle los hechos en que funda su derecho a intervenir y ser oída, enviando copia de dicho escrito al peticionario a su dirección postal: PO BOX 3697 GUAYNABO, PR 00970. De oponerse a lo solicitado. De igual forma se citarán para VISTA PUBLICA y serán oídas, las personas que así lo soliciten por escrito, a la Comisión. En Hato Rey, Puerto Rico, hoy 17 de noviembre de 2005. ROBERTO MALDONADO VELEZ, Presidente. YESENIA NIEVES OROZCO, Secretaria. *MILAGROS RODRIGUEZ AYALA*, Subsecretaria.

SAN JUAN STAR
787-782-4200



### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, CENTRO JUDICIAL DE SAN JUAN, SALA SUPERIOR.

**ESTADOS UNIDOS DE AMERICA, EL PRESIDENTE DE LOS E.E. U.U., EL ESTADO LIBRE ASOCIADO DE P.R. SS. CARLOS J. IRIZARRY**

Demandante Vs.

**JESSICA BAUTISTA**

Demandado

CASO CIVIL: K DI2005-0510. SOBRE: DIVORCIO. NOTIFICACION DE SENTENCIA POR EDICTOS.

**A: JESSICA BAUTISTA**

El Secretario que suscribe notifica a usted que el 1ro. de septiembre de 2005, este Tribunal ha dictado sentencia, declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representando usted parte contra la cual se dictó sentencia, de la cual puede establecerse recurso de revisión o apelación, dirijo a usted esta notificación que se considerará hecha en la fecha de la última publicación de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 8 de septiembre de 2005. San Juan, Puerto Rico, a 8 de septiembre de 2005. Lcda. Rebecca Rivera Torres, Secretaria General. Por: Tamara Montalvo Rivera, Secretaria Auxiliar del Tribunal I.

### LEGAL NOTICE

IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF PUERTO RICO.

**PRAMCO, LLC, on behalf of CFSC CONSORTIUM, LLC,**

Plaintiff, vs.

**CECILIO GOMEZ BENITEZ, ET ALS,**

Defendants,

CIVIL NO. 91-1797(GG). RE: COLLECTION OF MONIES, FORECLOSURE OF MORTGAGE. NOTICE OF SALE.

**TO: Cecilio Gómez Benítez, Carmen S. Arroyo Massas and the conjugal partnership constituted between them; Celestino Gómez López, Eduviges Benítez and the conjugal partnership constituted between them**

UNITED STATES OF AMERICA, PRESIDENT OF THE UNITED STATES, COMMONWEALTH OF PUERTO RICO. SS. Judgment in favor of plaintiff for the sum of Twenty Eight Thousand Eight Hundred Sixty Three Dollars and Forty Eight Cents ($28,863.48) in principal accrued interest in the amount of Five Thousand Four Hundred Forty Five Dollars and Fifty Four Cents ($5,449.54), as of February 19, 1991, which interest amount increases at the daily accrual rate of $6.43, Plus costs, disbursements and attorneys fees due to the date of sale. Pursuant to the said judgment, the undersigned United States Marshal was Ordered to sell at public auction for United States currency in cash check without appraisement or right of redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Federico Degetau Federal Building, Chardón Street, Hato Rey, San Juan, Puerto Rico or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property: URBANA: Solar marcado con el número, Veintinueve (29) de la comunidad rural Tomás de Castro de Caguas, Puerto Rico, de Novecientos Punto Cero Cero (900.00) Metros Cuadrados; en lindes por el Norte, con la parcela número treinta (30) y calle de la comunidad por el Sur, con la parcela número veintiocho (28); Por el Este, con una calle de la comunidad y con la parcela número treinta y tres (33) y número treinta (30). Recorded at page 113 over of volume 866 of Caguas, third inscription of property number 28,984. THEREFORE, the first public sale shall be held on the 13TH day of JANUARY 2006, at 10:30 a.m. and the minimum bid that will be accepted is the sum of $35,000.00. In the event said first public auction does not produce a bidder and the property is not adjudicated, a second public auction shall be held on the 20th day of JANUARY, 2006, at 10:30 and the minimum bid that will be accepted is the 2/3 of the minimum bid for the 1st. public sale. If said second auction does not result in the adjudication and sale of the property, a third auction will be held on the 27th day of JANUARY, 2006, at 10:30 a.m. and the minimum bid that will be accepted is the sum of 1/2 of the minimum bid for the 1st. Public sale. Upon confirmation of the sale, an order shall be issued canceling all junior liens. For further particulars, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the prior lien described hereinafter: (a) Hipoteca por la suma de $5,000.00, con interes al 6% anual, en garantía de un Pagaré a favor del Banco de la Vivienda de Puerto Rico, o a su orden, que vence el 1ro. de enero de 1983, según escritura número 937, otorgada en San Juan, el 1ro. de agosto de 1957, ante el Notario Público Carlos E. Berrios Rojas, inscrita al folio 110, del tomo 866 de Caguas, Inscripción primera. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the posterior lien described hereinafter: (b) Aviso de Demanda: Por $28,863.48, radicada en la Corte de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico, dictada en el caso civil número 91-1797(GG), en fecha 20 de junio de 1991, seguido por United States of America (Small Business Administration) demandante vs. Cecilio Gómez Benítez, Carmen S. Arroyo Massas y la Sociedad Legal de Gananciales, Celestino Gómez López, Eduviges Benítez y la Sociedad Legal de Gananciales, demandados, en la que se solicita ejecutar la Hipoteca de la inscripción tercera, anotada al folio 113 vuelto del tomo 866 de Caguas. In San Juan, Puerto Rico, this 17th day of October, 2005. HERMAN WIRSHING, UNITED STATES MARSHAL, DISTRICT OF PUERTO RICO. BY: ROBERT SCHMIDT, LT.

### LEGAL NOTICE

CARE AND PROTECTION, DOCKET NUMBER: CP 9400074, TERMINATION OF PARENTAL RIGHTS, SUMMONS BY PUBLICATION. COMMONWEALTH OF MASSACHUSETTS. Juvenile Court Department, Springfield Division, 80 State Street, Springfield, MA 01103-2010. TO: CARLOS ESTREMERA, FATHER OF CHERLIS TERESA ESTREMERA BONILLA, BORN TO TERESITA BONILLA ON 02/16/91. A petition has been presented to this court by DEPARTMENT OF SOCIAL SERVICES, seeking, as to the subject child (ren), CHERLIS TERESA ESTREMERA BONILLA, that said child(ren) be found in need of care and protection and committed to the Department of Social Services. The court may dispense the rights of the person named herein to receive notice of or to consent to any legal proceeding affecting the adoption, custody, or guardianship or any other disposition of the child(ren) named herein, if it finds that the child(ren) is/are in need of care and protection and that the best interests of the child(ren) would be served by said disposition. You are hereby ORDERED to appear in the court, at the court address set forth above, on 12/20/05, at 9:00 a.m., for a PRE-TRIAL CONFERENCE. You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you. If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter. For further information call the Office of the Clerk-Magistrate at 413-748-7718. WITNESS: Daniel J. Swords, FIRST JUSTICE. DONALD P. WHITNEY, CLERK - MAGISTRATE, DATE ISSUED: 11/07/05.

### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, CENTRO JUDICIAL DE ARECIBO.

**RG PREMIER BANK OF PUERTO RICO**

Demandantes vs.

**ANGEL MANUEL ROSARIO JUARBE Y SU ESPOSA BETTSY EVELYN SOTO SOTO Y LA SOCIEDAD LEGAL DE GANANCIALES**

Demandados

CIVIL NUM. CCD2004-0001. 0405. SOBRE: EJECUCION DE HIPOTECA POR VIA ORDINARIA. AVISO DE SUBASTA. A: AL PUBLICO EN GENERAL: ANGEL MANUEL ROSARIO JUARBE Y SU ESPOSA BETTSY EVELYN SOTO SOTO Y LA SOCIEDAD LEGAL DE GANANCIALES; H.F. INC. TENEDOR PRIMERA HIPOTECA POR $38,150.00, ESCRITURA 502 DEL 20 JULIO DE 1988 ANTE NOTARIO MIGUEL GARCIA SUAREZ. El que suscribe, Alguacil del Tribunal de Primera Instancia, Tribunal de Arecibo, hago saber: Que en cumplimiento de Mandamiento de Ejecución de Sentencia, expedido con fecha 2 de septiembre de 2005, procederá a vender y venderá en pública subasta y al mejor postor la propiedad que se describe a continuación: RUSTICA: Parcela marcada con el Número 59 en el plano de de parcelación de la comunidad rural Domingulto del término municipal de Arecibo, Puerto Rico, con una cabida superficial de 0.3184 cuerdas, equivalentes a 1,251.34 metros cuadrados, en lindes por el Norte, con la parcela 60 de la comunidad; por el Sur, con la parcela 58 de la comunidad, por el Este con la calle #7 de la comunidad, por el Oeste, en terrenos propiedad de la Sucesión de José A. Rivera. Inscrita al folio 138 del tomo 526 de Arecibo, finca numero 22,458 Sección I de Arecibo. Propiedad localizada en Parcelas Mattei, Calle B Numero 59, Arecibo. El producto de la subasta se destinará a satisfacer al demandante hasta donde alcance, la suma de $7,475.74 de principal, mas intereses al tipo del 13.50% anual desde el día 30 de marzo de 2003, más la suma de $1,200.99 por concepto de honorarios de abogado y costas autorizadas por el Tribunal, más las cantidades que se adeudan mensualmente por concepto de seguro hipotecario, cargos por demora, más cualquier otros adelantos que se hagan en virtud de la escritura de hipoteca. La venta en pública subasta de la referida propiedad se verificará libre de toda carga o gravamen posterior que afecte la mencionada finca, a cuyo efecto se notifica y se hace saber la fecha, hora y sitio de la PRIMERA, SEGUNDA Y TERCERA subasta, si esto fuera necesario, a los efectos de que cualquier persona o personas con algún interés puedan comparecer a la celebración de dicha subasta. LA PRIMERA SUBASTA se llevará a efecto el día 3 de enero de 2006 a las 11:00 de la mañana en la oficina del referido Alguacil, sita en el edificio que ocupa el Tribunal de Primera Instancia, Tribunal Superior, Sala de Arecibo. Que el precio mínimo fijado para la PRIMERA subasta lo es la suma de $12,000.00. Que de ser necesaria la celebración de una SEGUNDA SUBASTA la misma se llevará a efecto el día 11 de enero de 2006, a las 11:00 am de la en la oficina antes mencionada del Alguacil que suscribe. El precio mínimo para la SEGUNDA SUBASTA será de $8,000.00, equivalente a dos terceras partes del tipo mínimo estipulado para la PRIMERA SUBASTA. Si no se produce remate ni adjudicación en la primera ni la segunda subasta, se celebrará una TERCERA SUBASTA el día 19 de enero de 2006 a las 11:00 am de la en la oficina antes mencionada del Alguacil que suscribe. El precio mínimo para la TERCERA SUBASTA será la suma de $6,000.00, equivalente a la mitad del precio pactado. Se le advierte a los licitadores que la adjudicación se hará al mejor postor, quien deberá consignar el importe de su oferta en el acto mismo de la adjudicación, en moneda de curso legal de los Estados Unidos de América y para conocimiento de la parte demandada y de toda aquella persona o personas que tengan interés inscrito con posterioridad a la inscripción del gravamen que se está ejecutando y para conocimiento de los licitadores y el público en general, y para su publicación dos veces en un periódico de circulación diaria en toda la Isla de Puerto Rico y se fijará, además, en tres sitios públicos del Municipio en que ha de celebrarse dicha venta, tales como la Alcaldía, el Tribunal y la Colecturía. Se le advierte, además a todos los interesados que todos los documentos relacionados con la presente acción de ejecución de hipoteca, así como de la subasta, estarán disponibles para ser examinados en la Secretaría del Tribunal durante las horas laborables. EXPIDO EL PRESENTE EDICTO, en Arecibo, Puerto Rico, hoy día 7 de noviembre de 2005. EDWIN ALDIVA RUIZ #989, ALGUACIL DEL TRIBUNAL, SALA DE ARECIBO.

### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE SAN JUAN.

**SANDY ROMERO LOPEZ ALBACEA SUCN. ARCADIO BOLIVAR ROMERO ZAMBRANO**

Demandante Vs.

**MERCEDES ILEANA ZAMBRANO ZAMBRANO**

Demandado

CIVIL NUM.: K AC04-0252, SALON: 506. SOBRE: ACCION CIVIL. NOTIFICACION DE SENTENCIA POR EDICTOS.

**A: MERCEDES ILEANA ZAMBRANO ZAMBRANO, 981 Street, Hialeah, Fl 33013.**

El Secretario que suscribe notifica a usted que el 26 de octubre de 2005, el Tribunal ha dictado sentencia, declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representando usted parte contra la cual se dictó sentencia, de la cual pueda establecerse recurso de revisión o apelación, dirijo a usted esta notificación que se considerará hecha en la fecha de la última publicación de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 26 de octubre de 2005. San Juan, Puerto Rico, a 18 de noviembre de 2005. LCDA. REBECCA RIVERA TORRES, SECRETARIA REGIONAL. POR: YOLANDA I. DIAZ ANDUJAR, SECRETARIA AUXILIAR I.

### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, COMISIÓN DE SERVICIO PÚBLICO - AVISO - CASO NÚM.: S-06-02-FEB. Triton Marine Services, Inc., corporación debidamente registrada bajo las leyes del Estado Libre Asociado de Puerto Rico. Solicita a este Organismo autorización para operar dos (2) embarcaciones en la transportación de pasajeros mediante paga, con capacidad de cuarenta y nueve (49) y sesenta (60) personas respectivamente. Las embarcaciones con nombres "Pura Vida Diver" y "Day Off", marca Newton, miden 46' de largo, 16' de ancho, 5' de calado; son impulsadas por dos (2) motores Cummins de cuatrocientos treinta (430) caballos de fuerza, dichas embarcaciones están equipadas con sesenta (60) salvavidas tipo I cada una. Interesa brindar sus servicios desde las aguas circundantes de la Isla de Puerto Rico incluyendo Culebra, Vieques e Islas Vírgenes, originando sus servicios dependiendo del punto de destino desde los Municipios de Ponce y Fajardo. Cualquier persona natural o jurídica que desee comparecer y ser oída, deberá presentar a la Comisión dentro de los quince (15) días subsiguientes a la fecha de la publicación de este AVISO, un escrito jurado haciendo constar en detalle los hechos en que funda su derecho a intervenir y ser oída, enviando copia de dicho escrito al peticionario a su dirección postal: PO BOX 560, LUQUILLO, P.R. 00773. De oponerse a lo solicitado, deberá expresar los fundamentos por los cuales no deba concederse lo solicitado. De igual forma se citarán para VISTA PUBLICA y serán oídas, las personas que así lo soliciten por escrito, a la Comisión. En Hato Rey, Puerto Rico, hoy 15 de NOVIEMBRE del 2005. ROBERTO MALDONADO VELEZ, PRESIDENTE, YESENIA NIEVES OROZCO, SECRETARIA. MILAGROS RODRÍGUEZ AYALA, SUB-SECRETARIA.

### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, COMPAÑÍA DE TURISMO - AVISO - CASO NÚMERO: S-05-17-ET. El señor Nelson Izquierdo Cuadra, residente en San Juan, Puerto Rico, solicita a la Compañía de Turismo de Puerto Rico, adicionar dos unidades de cabida intermedia a su autorización de Empresas de Excursiones Turísticas ET-703 Lic. 291 al servicio de transportación turística exclusivamente desde el área definida como Porta del Sol hacia los Centros Turísticos de la Isla de Puerto Rico. Cualquier persona natural o jurídica que desee comparecer y ser oída, deben presentar a la Compañía de Turismo dentro de los quince (15) días subsiguientes a la fecha de la publicación de este AVISO, un escrito jurado haciendo constar en detalle los hechos en que se funda su derecho a intervenir y ser oída, enviando copia de dicho escrito al peticionario a su dirección postal: po.BOX 190569, San Juan, P.R. 00919-0569. De oponerse a lo solicitado, deberá expresar los fundamentos por los cuales no deba concederse lo solicitado. De igual forma se citarán para VISTA PUBLICA y serán oídas, las personas que así lo soliciten por escrito a la Compañía. En Guaynabo, Puerto Rico, hoy 18 de noviembre de 2005. Lcda. Vilma Molina Casanova, Directora Ejecutiva Auxiliar, Area de Transportación Turística. María M. Gotay González, Secretaria Interina.

### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE ESTADO, SAN JUAN, PUERTO RICO, MARCA PARA REGISTRAR - AVISO - A QUIEN PUEDA INTERESAR: De acuerdo con las disposiciones de la Ley Núm. 63 del 14 de agosto de 1991, conocida como la Ley de Marcas del Estado Libre Asociado de Puerto Rico, y la Sección 29 del Reglamento promulgado bajo la Ley citada anteriormente, la siguiente marca ha sido presentada en el Departamento de Estado de Puerto Rico para su archivo y registro. NOTA: No se pide protección para las palabras "FIRST, AUTO, SERVICE, TRUCK, RENTAL y PROGRAM", excepto como se muestra en el facsímil.

**F.A.S.T.**

**(First Auto Service & Truck Rental Program)**

Número de expediente: 66,864. Propietario: First BanCorp. Diseño: N/A. Colores: N/A. Frase: N/A. Dirección: 1519 Ponce de León Ave., Parada 23, Santurce, P.R. Clase: 36 SEGUROS; FINANCIEROS. Cualquier oposición a este registro deberá presentarse en el Departamento de Estado de Puerto Rico dentro de los treinta (30) días siguientes a la publicación de este aviso.

### LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, CENTRO JUDICIAL DE CAROLINA, SALA SUPERIOR.

**SCOTIABANK DE PUERTO RICO**

Demandante Vs.

**ROBERT FRONRATH**

Demandados

CIVIL NUM: FCD2004-2126, (402). SOBRE: COBRO DE DINERO. EDICTO DE SUBASTA.

**AL PUBLICO EN GENERAL; A LA PARTE DEMANDADA Y A LOS TENEDORES DE GRAVAMENES POSTERIORES:**

Yo, Samuel González Isaac, Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de Carolina, Puerto Rico, al público en general: CERTIFICO Y HAGO SABER: Cumpliendo con un Mandamiento de Venta del Secretario del Tribunal de Primera Instancia, Sala de Carolina, venderé en pública subasta, al mejor postor, en moneda de curso legal de los Estados Unidos de América, en las facilidades de almacenaje de la parte demandante localizadas en San Juan, Puerto Rico, el día 7 de diciembre de 2005, a las 11:00 de la mañana el siguiente bien mueble: -MARCA - Grady White -MODELO - 208 Adventure -AÑO - 1997 - SERIE - NTLAD221J697. La venta se llevará a cabo para con su producto satisfacer, hasta donde sea posible, el importe de la Sentencia que fuera dictada en el caso de epígrafe el 31 de mayo de 2005. Por tal razón y de recibirse licitación, el producto de la venta será consignado judicialmente para que su desembolso esté condicionado a la ulterior resolución por el Tribunal con competencia sobre el caso de epígrafe. Se apercibe a todos los interesados que la embarcación objeto de la subasta se encuentra físicamente en las facilidades de almacenaje la parte demandante localizadas en San Juan Master Painters, Carretera 8838, Km. 5.4, Bo. Monacillo, San Juan, Puerto Rico, con el número de teléfono 787-764-6401, por lo que todo aquel que quiera participar de la subasta debe pasar por dicha localización, previo a la celebración de la misma, para inspeccionarla físicamente. La subasta se llevará a cabo el día y a la hora señalado habiendo las personas interesadas inspeccionado o no el mencionado bien. Dicho local se encuentra abierto diariamente en horas laborables, por lo que todos los interesados pueden pasar a inspeccionar la embarcación antes de la celebración de su subasta. En adición, por la presente se informa que siendo la propiedad a subastarse un bien mueble no habrá tipo mínimo en la misma por lo que la embarcación será adjudicada al mejor postor en ese momento. Si se declarase desierta la subasta, se dará por terminado ese procedimiento pudiendo adjudicarse el acreedor la embarcación dentro de los diez (10) días siguientes, si así lo estimare conveniente. Cualquier valoración ulterior de la embarcación para evidenciar la adjudicación del bien será abonado a la cantidad adeudada, quedando por ende cada pendiente de pago el remanente de la deuda. Los autos y todos los documentos correspondientes al procedimiento incoado, están manifiestos en la Secretaría del Tribunal con competencia sobre el caso de epígrafe durante horas laborables. De acuerdo al mejor conocimiento de la parte demandante, la propiedad antes descrita que ha de venderse en subasta no tiene gravámenes anteriores, ni posteriores. Se entenderá que todo licitador acepta como bastante la titulación y que las cargas preferentes, si alguna, continuarán subsistentes; entendiéndose que el licitador los acepta y queda subrogado en la responsabilidad del mismo, sin destinarse a su extinción el precio de remate. Para la publicación de este edicto en un periódico de circulación general una sola vez y para la colocación del mismo en tres (3) sitios públicos visibles del municipio en que se celebre la subasta, al igual que en el municipio en que reside la parte demandada, libro, el presente en Carolina, Puerto Rico, hoy 4 de octubre de 2005. SAMUEL GONZALEZ ISAAC, ALGUACIL, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR.

¿Necesita que alguien le haga sus trabajos difíciles? Busque ayuda en el directorio de servicios de

San Juan Star

Para su conveniencia nuestros representantes estarán disponibles de LUNES a JUEVES 8:30am a 6:00pm

Su anuncio publicará para el próximo día si pauta antes de las 4pm

VIERNES 9:00am a 6:00pm

Si desea pautar para sábado deberá llamar antes de 3pm, para domingo antes de las 4pm, para lunes antes de las 5pm.

San Juan Star

53
Weds., December 09, 2005

LEGAL NOTICE

IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF PUERTO RICO.

**PRAMCO, LLC, on behalf of CFSC CONSORTIUM, LLC,**
Plaintiff, vs.
**CECILIO GOMEZ BENITEZ, ET ALS,**
Defendants,

CIVIL NO. 91-1797(GG). RE: COLLECTION OF MONIES, FORECLOSURE OF MORTGAGE. NOTICE OF SALE.

**TO: Cecilio Gómez Benítez, Carmen S. Arroyo Massas and the conjugal partnership constituted between them; Celestino Gómez López, Eduviges Benítez and the conjugal partnership constituted between them**

UNITED STATES OF AMERICA, PRESIDENT OF THE UNITED STATES, COMMONWEALTH OF PUERTO RICO. SS. Judgment in favor of plaintiff for the sum of Twenty Eight Thousand Eight Hundred Sixty Three Dollars and Forty Eight Cents ($28,863.48) in principal accrued interest in the amount of Five Thousand Four Hundred Forty Five Dollars and Fifty Four Cents ($5,449.54), as of February 19, 1991, which interest amount increases at the daily accrual rate of $6.43, Plus costs, disbursements and attorneys fees due to the date of sale. Pursuant to the said judgment, the undersigned United States Marshal was Ordered to sell at public auction for United States currency in cash check without appraisement or right of redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Federico Degetau Federal Building, Chardón Street, Hato Rey, San Juan, Puerto Rico or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property: URBANA: Solar marcado con el número, Veintinueve (29) de la comunidad rural Tomás de Castro de Caguas, Puerto Rico, de Novecientos Punto Cero Cero (900.00) Metros Cuadrados; en lindes por el Norte, con la parcela número treinta (30) y calle de la comunidad; por el Sur, con la parcela número veintiocho (28); Por el Este, con una calle de la comunidad y con la parcela número treinta y tres (33) y número treinta (30). Recorded at page 113 over of volume 866 of Caguas, third inscription of property number 28,984. THEREFORE, the first public sale shall be held on the 13TH day of JANUARY 2006, at 10:30 a.m. and the minimum bid that will be accepted is the sum of $35,000.00. In the event said first public auction does not produce a bidder and the property is not adjudicated, a second public auction shall be held on the 20th day of JANUARY, 2006, at 10:30 and the minimum bid that will be accepted is the 2/3 of the minimum bid for the 1st. public sale. If said second auction does not result in the adjudication and sale of the property, a third auction will be held on the 27th day of JANUARY, 2004, at 10:30 a.m. and the minimum bid that will be accepted is the sum of 1/2 of the minimum bid for the 1st. Public sale. Upon confirmation of the sale, an order shall be issued canceling all junior liens. For further particulars, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the prior lien described hereinafter: (a) Hipoteca por la suma de $6,000.00, con interes al 6% anual, en garantía de un Pagaré, a favor del Banco de la Vivienda de Puerto Rico, o a su orden, que vence el 1ro. de enero de 1993, según escritura número 937, otorgada en San Juan, el 1ro. de agosto de 1967, ante el Notario Público Carlos E. Berríos Rojas, inscrita al folio 110, del tomo 866 de Caguas, inscripción primera. AND TO THE KNOWLEDGE OF INTERESTED PARTIES and the general public and specially regarding the posterior lien described hereinafter: (b) Aviso de Demanda: Por $28,863.48, radicada en la Corte de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico, dictada en el caso civil número 91-1797(GG), en fecha 20 de junio de 1991, seguido por United States of America (Small Business Administration) demandante vs. Cecilio Gómez Benítez, Carmen S. Arroyo Massas y la Sociedad Legal de Gananciales, Celestino Gómez López, Eduviges Benítez y la Sociedad Legal de Gananciales, demandados, en la que se solicita ejecutar la Hipoteca de la inscripción tercera, anotada al folio 113 vuelto del tomo 866 de Caguas. In San Juan, Puerto Rico, this 17th day of October, 2005. HERMAN WIRSHING, UNITED STATES MARSHAL, DISTRICT OF PUERTO RICO. BY: ROBERT SCHMIDT, LT.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS, AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO, OFICINA ASESORA ADMINISTRACIÓN DE PROPIEDADES, SANTURCE, PUERTO RICO.

**RESOLUCIÓN**

**A LOS DUEÑOS ANTERIORES, CAUSAHABIENTES, OCUPANTES LEGALES, ENTIDADES GUBERNAMENTALES Y OTRAS PERSONAS QUIENES PUDIERAN TENER DERECHO DE READQUIRIR LOS TERRENOS OBJETOS DE ESTE AVISO**

PRIMERO: Por la presente se hace saber que el Estado Libre Asociado de Puerto Rico se propone vender la parcela de terreno que se describe a continuación. RUSTICA: Predio de terreno propiedad del Estado Libre Asociado de Puerto Rico, localizado en la calle Europa, esquina Calle Nueva 861 de Barrio Santurce, con una cabida superficial de 144.6106 metros cuadrados equivalentes a 0.0368 cuerdas. Colindantes por el Norte, con la Sucesión Martínez; por el Sur, con la calle Nueva; por el Este, con la calle Europa; y por el Oeste, con el Sr. Arturo Rivera Rosa; según plano de mensura número 108-2004, del Departamento de Transportación y Obras Públicas. Inscrito al Folio 31 del Tomo 107 Finca 698. SEGUNDO: La parcela de terreno anteriormente descrita figura inscrita en el Registro de la Propiedad. Sección Primera de San Juan a favor de Estado Libre Asociado de Puerto Rico adquirida mediante expropiación forzosa en el caso número E-66-341. TERCERO: Que la Junta de Planificación, autorizó esta venta según Resolución de fecha 3 de marzo de 2005, en la consulta número 2005-18-0095-JGT. CUARTO: Que la propiedad anteriormente descrita a juicio del Secretario de Transportación y Obras Públicas ha dejado de ser de utilidad pública y la venta de la misma constituye una transacción beneficiosa para el Estado Libre Asociado de Puerto Rico. QUINTO: En cumplimiento con las disposiciones de la Ley Número 12 del 10 de diciembre de 1975, según enmendada, se notifica a los anteriores dueños, o en la alternativa a sus respectivas sucesiones o causahabientes, colindantes, municipios y otras entidades gubernamentales con interés en ejercitar el derecho preferente de adquirir la propiedad, que le concede la misma, lo informen por escrito al Departamento de Transportación y Obras Públicas dentro del término de treinta (30) días a contarse desde la fecha de la última publicación de esta Resolución. Se notifica a los anteriores dueños o en la alternativa a sus sucesores a la última dirección conocida con copia de este edicto, por correo certificado con acuse de recibo la intención del Departamento de Transportación y Obras Públicas de enajenar el predio de terreno antes descrito. En San Juan, Puerto Rico, a 19 de octubre de 2005. GABRIEL DOMINGO ALCARAZ EMMANUELLI, SECRETARIO.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE SAN JUAN.

**SANDY ROMERO LOPEZ ALBACEA SUCN. ARCADIO BOLIVAR ROMERO ZAMBRANO**
Demandante Vs.
**MERCEDES ILEANA ZAMBRANO ZAMBRANO**
Demandado

CIVIL NUM.: K AC04-0252, SALON: 505. SOBRE: ACCION CIVIL. NOTIFICACION DE SENTENCIA POR EDICTOS.

**A: MERCEDES ILEANA ZAMBRANO ZAMBRANO, 981 Street, Hialeah, Fl 33013.**

El Secretario que suscribe notifica a usted que el 26 de octubre de 2005, el Tribunal ha dictado sentencia, declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Y, siendo o representando usted parte contra la cual se dictó sentencia, de la cual pueda establecerse recurso de revisión o apelación, dirijo a usted esta notificación que se considerará hecha en la fecha de la última publicación de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 26 de octubre de 2005. San Juan, Puerto Rico, a 18 de noviembre de 2005. LCDA. REBECCA RIVERA TORRES, SECRETARIA REGIONAL. POR: YOLANDA I. DIAZ ANDUJAR, SECRETARIA AUXILIAR I.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, COMISION DE SERVICIO PUBLICO, P.O. BOX 190870, SAN JUAN, P.R. 00919-0870 - AVISO - CASO NÚM: S-06-160-TCAMB. Traslado Inc., corporación debidamente registrada bajo las leyes del Estado Libre Asociado de Puerto Rico, solicita de este Organismo autorización para operar cinco (5) unidades tipo II en la transportación de pasajeros al servicio de ambulancia (TCAMB) mediante paga desde el Municipio de Arecibo a través de la Isla de Puerto Rico. Cualquier persona natural o jurídica que desee comparecer y ser oída, deberá presentar a la Comisión dentro de los quince (15) días subsiguientes a la fecha de la publicación de este AVISO, un escrito jurado haciendo constar en detalle los hechos en que funda su derecho a intervenir y ser oída, enviando copia de dicho escrito al peticionario a su dirección postal: PO BOX 144072 ARECIBO, PR 00614. De oponerse a lo solicitado. De igual forma se citarán para VISTA PUBLICA y serán oídas, las personas que así lo soliciten por escrito, a la Comisión. En Hato Rey, Puerto Rico, hoy 1 de diciembre de 2005. ROBERTO MALDONADO VELEZ, Presidente. YESENIA NIEVES OROZCO, Secretaria. MILAGROS RODRIGUEZ AYALA, Subsecretaria.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE TOA ALTA.

**BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO**
Demandante vs.
**MARIA SANTIAGO CHARRIEZ**
Demandado

CIVIL NUM. CD05-1058. SOBRE: COBRO DE DINERO. NOTIFICACION DE SENTENCIA POR EDICTO.

**A: SRA. MARIA SANTIAGO CHARRIEZ - URB. QUINTAS DE SANTA ANA, H-14, TOA ALTA, PR 00953**

EL SECRETARIO que suscribe notifica a usted que este Tribunal ha dictado sentencia en el caso de epígrafe con fecha 14 de noviembre de 2005, que ha sido debidamente registrada y archivada en autos donde podra usted enterarse detalladamente de los términos de la misma. Y, siendo o representando usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de apelación, dirijo a usted esta notificación, habiendo archivado en los autos de este caso copia de ella con fecha de 23 de noviembre de 2005. En Toa Alta, Puerto Rico, a 23 de noviembre de 2005. MIGDALIA MARRERO CALDERON, Secretaria General. ROSA MEDINA COSME, Secretaria Auxiliar del Tribunal.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE BAYAMON.

**VICENTE CALDERON RODRIGUEZ Y ELIZABETH ALICEA APONTE**
Demandante vs.
**BANCO DE DESARROLLO ECONOMICO DE PUERTO RICO, FIRST BANK DE PUERTO RICO, FULANO DE TAL Y SUTANA DE TAL**
Demandados

CASO CIVIL NUM: D CD2005-1103 (503). SOBRE: CANCELACION DE PAGARE EXTRAVIADO EN GARANTIA DE HIPOTECA. NOTIFICACION DE SENTENCIA POR EDICTO.

**A: FULANO DE TAL Y SUTANO DE TAL DEMANDADOS DESCONOCIDOS**

EL SECRETARIO que suscribe notifica a usted que este Tribunal ha dictado sentencia en el caso de epígrafe con fecha 12 de septiembre de 2005, ha sido debidamente registrada y archivada en autos de este asunto, donde podra usted enterarse detallada-mente de los términos de la misma. Y, siendo o representando usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de apelación, dirijo a usted esta notificación, habiendo archivado en los autos de este caso copia de ella con fecha de 26 de septiembre de 2005. En Bayamón, Puerto Rico, a 28 de septiembre de 2005. LCDA. CARMEN TERESA TORRES CAMACHO, Secretaria Regional. Por: LENITZIA APONTE, Sec. Aux. Trib. I.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DE CAGUAS.

**EUROBANK**
Demandante vs.
**EMPRESAS M S PROFESSIONAL, MAINTENANCE &**
Demandado

CASO: E CD2005-0170. SALON: 0401. COBRO DE DINERO, CAUSAL/DELITO.

**FIGUEROA GUZMAN, LILLIAM URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727**

NOTIFICACION DE SENTENCIA POR EDICTOS. El Secretario que suscribe notifica a usted que el 01 de noviembre de 2005 este Tribunal ha dictado sentencia declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podra usted enterarse detalladamente de los terminos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de revision o apelacion, dirijo a usted esta notificación que se considerara hecha en la fecha de la ultima publicacion de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 08 de noviembre de 2005.

**EMPRESAS M.S. PROFESSIONAL MAINTENANCE & MECHANICAL SERVICES CORP. PMB 178 PO BOX 4956, CAGUAS PR 00726-4956. MADERA CORREA, NELSON URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727. MADERA FIGUEROA, SOC LEGAL GANAN URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727.**

Caguas, Puerto Rico, a 08 de noviembre de 2005. CARMEN L. RAMOS FLORES, Secretaria. Por: MAYRA LEE RAMIREZ, Secretario Auxiliar.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DE CAGUAS.

**EUROBANK**
Demandante vs.
**EMPRESAS M S PROFESSIONAL, MAINTENANCE &**
Demandado

CASO: E CD2005-0170. SALON: 0401. COBRO DE DINERO, CAUSAL/DELITO.

**MADERA CORREA, NELSON URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727**

NOTIFICACION DE SENTENCIA POR EDICTOS. El Secretario que suscribe notifica a usted que el 01 de noviembre de 2005 este Tribunal ha dictado sentencia declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podra usted enterarse detalladamente de los terminos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de revision o apelacion, dirijo a usted esta notificación que se considerara hecha en la fecha de la ultima publicacion de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 08 de noviembre de 2005.

**EMPRESAS M.S. PROFESSIONAL MAINTENANCE & MECHANICAL SERVICES CORP. PMB 178 PO BOX 4956, CAGUAS PR 00726-4956. FIGUEROA GUZMAN, LILLIAM URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727. MADERA FIGUEROA, SOC LEGAL GANAN URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727.**

Caguas, Puerto Rico, a 08 de noviembre de 2005. CARMEN L. RAMOS FLORES, Secretaria. Por: MAYRA LEE RAMIREZ, Secretario Auxiliar.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA DE CAGUAS.

**EUROBANK**
Demandante vs.
**EMPRESAS M S PROFESSIONAL, MAINTENANCE &**
Demandado

CASO: E CD2005-0170. SALON: 0401. COBRO DE DINERO, CAUSAL/DELITO.

**MADERA FIGUEROA, SOC. LEGAL GANAN. URB. VILLA DEL REY #3 ASTURIA 3-A #6 CAGUAS PR 00727**

NOTIFICACION DE SENTENCIA POR EDICTOS. El Secretario que suscribe notifica a usted que el 01 de noviembre de 2005 este Tribunal ha dictado sentencia declarando con lugar la demanda de este caso, que ha sido debidamente registrada y archivada en autos donde podra usted enterarse detalladamente de los terminos de la misma. Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de revision o apelacion, dirijo a usted esta notificación que se considerara hecha en la fecha de la ultima publicacion de este edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha 08 de noviembre de 2005.

**EMPRESAS M.S. PROFESSIONAL MAINTENANCE & MECHANICAL SERVICES CORP. PMB 178 PO BOX 4956, CAGUAS PR 00726-4956. FIGUEROA GUZMAN, LILLIAM URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727. MADERA CORREA, NELSON URB. VILLA DEL REY SEC #3 ASTURIA 3-A #6 CAGUAS PR 00727**

Caguas, Puerto Rico, a 08 de noviembre de 2005. CARMEN L. RAMOS FLORES, Secretaria. Por: MAYRA LEE RAMIREZ, Secretario Auxiliar.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE GUAYAMA.

**ISLAND FINANCE PUERTO RICO, INC.**
Demandante vs.
**JULIA DEL CARMEN LEBRON LEBRON, SUCESION DE RUFINO GABRIEL GARAY PLUGUEZ COMPUESTA POR SU VIUDA JULIA DEL CARMEN LEBRON LEBRON Y SU HEREDERO ROY GARAY Y LOS HEREDEROS DESCONOCIDOS FULANO DE TAL Y SUTANA DE TAL**
Demandada

CIVIL NUM. GCD 2005-0354. SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA POR LA VIA ORDINARIA. EMPLAZAMIENTO POR EDICTO. ESTADOS UNIDOS DE AMERICA, EL PRESIDENTE DE LOS EE.UU., EL ESTADO LIBRE ASOCIADO DE P.R. SS.

**A: SUCESION DE RUFINO GABRIEL GARAY PLUGUEZ, COMPUESTA POR SU VIUDA JULIA DEL CARMEN LEBRON LEBRON Y SU HEREDERO ROY GARAY Y LOS HEREDEROS DESCONOCIDOS FULANO DE TAL Y SUTANA DE TAL**

Por la presente se les notifica que se ha radicado, en este Tribunal un procedimiento de ejecución de hipoteca bajo el número mencionado en el epígrafe. Se alega en dicho procedimiento que la parte demandada incurrió en el incumplimiento del Contrato de Hipoteca al no poder pagar las mensualidades vencidas, la parte demandante declaró vencida la totalidad de la deuda ascendente a $31,783.55 de intereses, cargos por demora, gastos, cargos hasta el 16 de noviembre de 2005, hasta su completo pago, así como, todos aquellos creditos y sumas que surjan de la faz de la obligación hipotecaria y de la hipoteca que la garantiza, incluyendo costas, gastos y honorarios de abogado. La parte demandante presentará Para su inscripción en el Registro de la Propiedad correspondiente un AVISO DE PLEITO PENDIENTE ("Lis Pendens") sobre la propiedad objeto de esta acción la cual se describe a continuación: RUSTICA: Parcela marcada con el número "M" guión Once (M-11), solar número Siete (7) en el plano de parcelación de la Comunidad Rural Puerto Jobos del Barrio Jobos del término municipal de Guayama, Puerto Rico, con una cabida superficial de DOSCIENTOS CINCUENTA Y TRES PUNTO OCHENTA Y OCHO METROS CUADRADOS (253.88 mc) en lindes por NORTE, con la "M" guión once (M-11), solar número cuatro (4) de la comunidad. Inscrito al folio móvil del tomo 447 de Guayama, finca número 19,914, inscripción primera. Registro de la Propiedad de Guayama. Representa a la parte demandante, el abogado cuyo nombre, dirección y teléfono se consigna de inmediato.

JUAN C. FORTUÑO FAS, FORTUÑO & FORTUÑO FAS, C.S.P.
PO BOX 13665
SANTURCE, PR 00908-3665
TEL: 787-751-5290
FAX: 787-751-6155
E-Mail: jcfortuno@fortuno-law.com.

Se le apercibe que si no compareciere usted a contestar dicha demanda dentro del término de 30 días a partir de la publicación de este edicto, radicando el original de la contestación ante el Tribunal correspondiente, con copia a la parte demandante, se le anotará la rebeldía a y se le dictará sentencia concediendo el remedio solicitado sin más citarle ni oírle. En Guayama, Puerto Rico a 14 de noviembre de 2005. LCDA. NORMA G. SANTANA IRIZARRY, SECRETARIA. POR: PETRA SUAREZ MELENDEZ, SUB-SECRETARIA.

LEGAL NOTICE

ESTADO LIBRE ASOCIADO DE PUERTO RICO, TRIBUNAL DE PRIMERA INSTANCIA, SALA SUPERIOR DE HUMACAO.

**ISLAND FINANCE PUERTO RICO, INC.**
Demandante vs.
**SUCESION DE FERMIN VALENTIN CRUZ COMPUESTA POR SU HEREDERA CONOCIDA LYDIA VALENTIN; SUCESION DE LYDIA MELENDEZ SANTIAGO COMPUESTA POR SU HEREDERA CONOCIDA LYDIA VALENTIN; Y LOS HEREDERO DESCONOCIDOS FULANO DE TAL Y SUTANA DE TAL**
Demandados

CIVIL NUM.: HICI200501357. S. 208. SOBRE: COBRO DE DINERO Y EJECUCION DE HIPOTECA POR LA VIA ORDINARIA. EMPLAZAMIENTO POR EDICTO. ESTADOS UNIDOS DE AMERICA, EL PRESIDENTE DE LOS ESTADOS UNIDOS, EL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

**A: SUCESION DE FERMIN VALENTIN CRUZ Y SUCESION DE LYDIA MELENDEZ SANTIAGO COMPUESTA POR SUS HEREDEROS DESCONOCIDOS FULANO DE TAL Y SUTANA DE TAL PARCELA 426, SR 924, KM 4.6 BARRIO ANTON RUIZ, HUMACAO PUERTO RICO 00791**

Por la presente se le emplaza requiere para que notifique al abogado de la parte demandante, cuyo nombre, dirección y teléfono, son los que se indican a continuación:

LCDO. JUAN C. FORTUÑO FAS
PO BOX 13786
SANTURCE PR 00908
TEL: 787-751-5290
FAX: 787-751-6155

con copia de su Contestación a la Demanda, copia de cuya demanda le es servida en este acto, conjuntamente con el emplazamiento, dentro de los veinte (20) días de habérsele entregado copia de la referida demanda y emplazamiento, apercibiéndosele que en caso de no hacerlo así, podrá dictarse sentencia en su contra, concediendo el remedio solicitado, sin más citarle ni oírle. EXTENDIDO BAJO MI FIRMA y el Sello del Tribunal, hoy día 18 de noviembre de 2005. IVELISSE C. FONSECA RODRIGUEZ, Secretaria Regional Auxiliar. Por: SONIA ARROYO LOPEZ, Sub- Secretaria Auxiliar del Tribunal.

LEGAL NOTICE